# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:21-CV-00160-GCM-DCK

| | |
|---|---|
| **CYNTHIA MARIE HEATON,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **KILOLO KIJAKAZI,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on its own motion. Plaintiff Cynthia Marie Heaton filed a Motion for Leave to Proceed *in forma pauperis* (ECF No. 2), which was denied on June 21, 2021 (ECF No. 3). The Court advised Plaintiff that the filing fee must be paid within 30 days or the action would be dismissed without prejudice and without further notice. *See* ECF No. 3. It appears that the Plaintiff has not paid the filing fee. For that reason, the Court orders that the complaint be **DISMISSED** without prejudice.

      **SO ORDERED.**

Signed: September 7, 2021

Graham C. Mullen
United States District Judge